O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONS GATE TELEVISION INTERNATIONAL, A DIVISION OF LIONS GATE TELEVISION INC., a corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>ABDULLA AL FALASI, individually; UNIQON EMIRATES, LLC, a corporation; EHAB HABIB, individually,<br><br>    Defendants. | CV 10-757 RSWL (RCx)<br><br>ORDER Re: Second Request for Clerk to Enter Default [24] |

    Before the Court is Plaintiff's Second Request for Entry of Default Judgment against Defendants Abdulla Al Falasi, Ehab Habib, Uniqon Emirates, LLC. The Court cannot enter the requested default with respect to Defendant Uniqon Emirates, LLC, because Plaintiff has failed to follow the May 4, 2010 Order by the Court allowing service by alternative means. In that Order,

1

the Court specifically stated that service must be upon Uniqon Emirates, LLC by Federal Express Mail Delivery to the address stated in the Order. The federal express mail delivery to Defendant at the last known address was unsuccessful and no forwarding address or phone number was given. Accordingly, Plaintiff's Request for Entry of Default as to Defendant Uniquon Emirates, LLC is **DENIED**. If Plaintiff is unable to effectuate service, Plaintiff may again move the Court for an order granting alternative service through different means.

As to Defendants Abdualla Al Falasi and Ehab Habib, the Court finds the Declaration of Andrew M. Morrow sufficient to show proof of service by e-mail to the individual Defendants in accordance with the May 4, 2010 Order. Plaintiff did not receive any electronic message or other indication that the e-mail transmission was unsuccessful and accordingly the Court finds that service was proper. Plaintiff's Request for Entry of Default as to Defendants Abdulla Al Falasi and Ehab Habib is **GRANTED.**

**IT IS SO ORDERED.**

DATED: August 24, 2010.

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge