O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lions Gate Television International, a Division of Lions Gate Television Inc., <br><br> Plaintiff, <br><br> v. <br><br> Abdulla Al Falasi, individually; Uniqon Emirates, LLC, a corporation; Ehab Habib, individually; Does 1 through 20, inclusive <br><br> Defendants. | CV 10-00757 RSWL (RCx) <br><br> **ORDER Re: Plaintiff Lions Gate Television, Inc.'s Application for Default Judgment Against Defendants Abdulla Al Falasi and Ehab Habib [31]** |

    The Court is in receipt of Plaintiff Lions Gate Television International, a Division of Lions Gate Television Inc.'s Application for Default Judgment against Defendants Abdulla Al Falasi and Ehab Habib filed on December 6, 2010 [31].

    The Court has reviewed the Motion, Declarations, and Responses to the Court's previous inquiries with regard

1

to Plaintiff's request for damages and believes that Plaintiff has made a clerical error with respect to the amount of damages sought on the breach of contract claim.  Specifically, in the January 18, 2011 Response to the Court's Inquiry regarding damages, Plaintiff stated it is seeking damages due to Defendants' alleged breach of contract in the amount of $5,435,685.15 [40]. However, in the March 17, 2011 and March 24, 2011 Responses to the Court's Inquiry regarding damages, Plaintiff states it is seeking damages on the breach of contract claim in the amount of $5,435,658.00 [45, 47.] As such, the Court requests Plaintiff clarify to the Court the exact amount of damages it seeks on the breach of contract claim.  Given the discrepancies highlighted in this Order, the Court requests Plaintiff submit a final breakdown listing the amount of total damages sought in this Application, specifically the amounts sought for damages arising from Defendants' alleged breach of contract, costs, and prejudgment interest.

    Accordingly, the Court orders Plaintiff to submit this additional information to the Court no later than April 1, 2011.

DATED: March 30, 2011
**IT IS SO ORDERED.**

RONALD S.W. LEW

_____

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2