**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIONS GATE TELEVISION INTERNATIONAL, A DIVISION OF LIONS GATE TELEVISION INC., a corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABDULLA AL FALASI, individually; UNIQON EMIRATES, LLC, a corporation; EHAB HABIB, individually,<br><br>　　　　Defendants. | CV 10-00757 RSWL (RCx)<br><br>**AMENDED JUDGMENT** |

　　Upon application by Plaintiff Lions Gate Television International for a default judgment pursuant to Fed. R. Civ. P. 55(b), and it appearing to the Court that the default of Defendants Abdulla Al Falasi and Ehab Habib was entered on August 24, 2010, in the office of the Clerk of this Court, and that no action has been taken by the Defendants since default was entered, and for good cause shown,

1

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered in favor of Plaintiff Lions Gate Television International ("Plaintiff") and against Defendants Abdulla Al Falasi and Ehab Habib on Plaintiff's Breach of Contract claim only. The Court awards Plaintiff damages in the amount of $5,435,685.15 resulting from Defendants Abdulla Al Falasi and Ehab Habib's breach of contract, costs in the amount of $5,770.06 in connection with the breach of contract claim, and prejudgment interest in the amount of $679,335.60 pursuant to California Civil Code § 3289. Plaintiff is awarded post-judgment interest on the full amount of the Judgment.[1] Plaintiff is awarded post-judgment interest at the federal rate pursuant to 28 U.S.C. § 1961 from the date of entry of Judgment until the Judgment is satisfied in full.

**IT IS SO ORDERED.**

DATED: July 6, 2011

RONALD S.W. LEW

---

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge

---

[1] This full amount of Judgment includes the prejudgment interest.